1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPIRIT TEA LLC, an Illinois Limited Liability Company, | Case No.: CV 19-5337-DMG (FFMx) |
| Plaintiff, | **ORDER OF DISMISAL WITH PREJUDICE [51]** |
| v. | |
| UTOPIA ORIENTAL, INC., a California Corporation, | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 41(a)(2) and the Parties' Stipulation of Dismissal, and for good cause shown,

IT IS HEREBY ORDERED THAT:

The Parties' Stipulation of Dismissal shall be, and hereby is, APPROVED.

The above-captioned action is dismissed WITH PREJUDICE.

This dismissal has resulted from the Parties having settled this action pursuant to the terms set forth in the Settlement Agreement attached to the Parties' Stipulation as Exhibit A (and filed under seal) [Doc. ## 49-1, 50-1], said terms being expressly incorporated into this Order by reference.  This Court expressly

retains jurisdiction to enforce the terms of the Parties' Settlement Agreement and otherwise to adjudicate any alleged violations of this Order, including any alleged breach(es) of the Settlement Agreement.  The Parties shall each bear their own attorney's fees and costs.

**IT IS SO ORDERED.**

DATED:  October 13, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE